**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DONITA J. STUBBS, | ) | |
| on behalf of plaintiff and a class, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 12-cv-7235 |
| v. | ) | |
| | ) | Judge Darrah |
| CAVALRY SPV I, LLC; and | ) | |
| CAVALRY PORTFOLIO | ) | |
| SERVICES, LLC; | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT INITIAL STATUS REPORT**

**A.     Nature of the Case.**

   **1.     Attorneys of Record**

   **For Plaintiff**:

   Daniel A. Edelman (lead trial attorney)
   Cathleen M. Combs
   James O. Latturner
   Catherine A. Ceko
   EDELMAN, COMBS, LATTURNER
   & GOODWIN, LLC
   120 S. LaSalle Street, 18th Floor
   Chicago, IL 60603
   (312) 739-4200

   **For Defendants**:

   Anna-Katrina S. Christakis (lead trial attorney)
   Raechelle D. Norman
   GRADY PILGRIM CHRISTAKIS BELL LLP
   53 West Jackson Boulevard, Suite 1515
   Chicago, Illinois 60604
   (312) 939-0953

2.    **Basis for federal jurisdiction**

   a.    **Subject matter jurisdiction.**

Plaintiff has alleged that defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. and, therefore, this Court has jurisdiction under 115 U.S.C. §1692k (FDCPA), 28 U.S.C. §1331, and 28 U.S.C. §1337.

   b.    **Venue**

The parties agree that venue is appropriate in the Northern District of Illinois, as the Plaintiff resides within this district.

3.    **Nature of the claim(s) and any counterclaim(s), including the amount of damages and other relief sought.**

On September 11, 2012, Plaintiff Donita J. Stubbs ("Plaintiff") filed a class action lawsuit against Defendants Cavalry SPV I, LLC ("Cavalry SPV") and Cavalry Portfolio Services, LLC ("CPS"). In the complaint, Plaintiff contends that Defendants violated the Fair Debt Collection Practices Act ("FDCPA") by providing fraudulent affidavits to consumers. Specifically, Plaintiff alleges that the business records affidavits attached to Defendants' state court collection complaints are false because they assert certain facts regarding the debts even though those debts were purchased with disclaimers regarding the accuracy of the information. Plaintiff seeks statutory damages for herself and the class and costs of suit.

4.    **State the major legal and factual issues in the case.**

The major factual question is whether the affidavits attached to Defendants' state court complaints are fraudulent. The major legal questions are: (1) whether reference to and reliance upon business records that were produced pursuant to a purchase and sale agreement containing certain disclaimers renders a business records affidavit "fraudulent;" and (2) whether the submission of such an affidavit in state court collection actions violate the FDCPA**.**

5.    **Describe the relief sought by Plaintiff.**

Plaintiff seeks relief in the form of statutory damages, attorney's fees, litigation expenses, costs of suit, relief for the putative class, and such other or further relief as the Court deems proper.

**B.**     **Pending Motions and Case Plan**

      **1.**     **Description of all pending motions.**

On October 5, 2012, the Court entered and continued Plaintiff's motion to certify class to November 14, 2012 at 9:30am.

      **2.**     **Proposed Discovery Plan.**

      **a.  General type of discovery needed.**

Plaintiff will need documentation related to her FDCPA claim, class size, the putative class claims, Defendants net worth, and insurance information.

      **b.  Date for Rule 26(a)(1) disclosures.**

Parties will exchange Rule 26(a)(1) disclosures by November 28, 2012.

      **c.  Date to issue written discovery.**

Parties will issue all written discovery by February 14, 2013.

      **d.  Fact discovery completion date.**

The deadline for completing fact discovery will be by July 15, 2013.

      **e.  Expert discovery completion date, including dates for the delivery of expert reports.**

The parties do not currently contemplate any expert discovery.

      **f.  Date for the filing of dispositive motions.**

Parties will file all dispositive motions by September 22, 2013.

      **3.**     **Indicate whether a jury trial is requested and probable length of trial.**

A jury trial has not been requested.

**C.**     **Consent to Proceed Before a Magistrate Judge**

Parties DO NOT agree to consent before a Magistrate Judge.

**D.      Status of Settlement Discussions**

On October 3, 2012, Plaintiff's counsel sent defendant's counsel a request for information from defendants regarding approximate putative class size, financial information, and insurance information. Plaintiff requires this information before she can send a fully-informed settlement demand. Defendants have yet to respond.

Date: November 08, 2012

s/ Catherine A. Ceko
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER &
& GOODWIN, LLC
120 S. LaSalle, 18th Floor
Chicago, IL 60603
(312) 739-4200
*Counsel for Plaintiff*

s/ Raechelle D. Norman
Raechelle D. Norman
GRADY PILGRIM CHRISTAKIS BELL LLP
53 West Jackson Boulevard, Suite 1515
Chicago, Illinois 60604
(312) 939-6580
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I, Catherine A. Ceko, hereby certify that on November 08, 2012 I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following parties:

Raechelle D. Norman
rnorman@gradypilgrim.com

Anna-Katrina Christakis
kchristakis@gradypilgrim.com

s/ Catherine A. Ceko
Catherine A. Ceko